AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Nicholes J. Lentz,

Defendant(s)

Case: 1:21-mj-00206
Assigned to: Judge Meriweather, Robin M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Restricted building or grounds. |
| 40 U.S.C. §§ 5104(e)(2)(D) & (G) | Disruptive and disorderly conduct on restricted grounds. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☐ Continued on the attached sheet.

_/s/ Christian T. Roccia_
Complainant's signature

Christian T. Roccia Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/08/2021

City and state: Washington, D.C.

Robin M. Meriweather
2021.02.08 11:11:40 -05'00'
Judge's signature

Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title