AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00206 |
| Nicholes J. Lentz | ) Assigned to: Judge Meriweather, Robin M |
|  | ) Assign Date: 2/8/2021 |
| 1/3/1980 | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Nicholes J. Lentz                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted building or grounds)

40 U.S.C. §§ 5104(e)(2)(D) & (G) (Disruptive and disorderly conduct on restricted grounds)

Date: 02/08/2021

Robin M. Meriweather
2021.02.08 11:13:57
-05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/10/2021, and the person was arrested on *(date)* 02/19/2021
at *(city and state)*  West Palm Beach, FL.

Date: 02/19/2021

*Arresting officer's signature*

Special Agent Michael Stewart
*Printed name and title*