# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**                         *

                                          *

  **v.**                                  *       **Case No.: 1:21-mj-00206-RMM**

                                          *

**NICHOLES LENTZ**                        *

## ENTRY OF APPEARANCE

Please enter the appearance of Gary E. Proctor as court-appointed counsel for the Defendant in the above-captioned case.


Respectfully Submitted,


_____/s/_____

Gary E. Proctor

Law Offices of Gary E. Proctor, LLC

8 E. Mulberry Street

Baltimore, Maryland 21202

Tel:   410.444.1500

Fax:   443.836.9162

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 29, 2021 a copy of the foregoing was served on all parties via ECF.

_____/s/_____

Gary E. Proctor