# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-mj-206** |
| | : | |
| **NICHOLES LENTZ,** | : | |
| | : | |
| **Defendant.** | : | |

Based upon the representations in the United States' Unopposed Motion to Vacate and Continue Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is granted; it is further

ORDERED that the status conference presently set for July 28, 2021 at 1:00 P.M. be continued to October 21, 2021 at 1:00 P.M. before Magistrate Judge G. Michael Harvey; it is further

ORDERED that the time between July 28, 2021 and October 20, 2021, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous discovery in this matter.

_____
G. Michael Harvey
United States Magistrate Judge