# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 21-mj-206 |
| : | |
| NICHOLES LENTZ, : | |
| : | |
| **Defendant.**  : | |

## JOINT MOTION TO VACATE STATUS CONFERENCE

The United States of America hereby moves this Court to vacate the status conference presently set for February 18, 2022. In support of its motion, the government states that on February 16, 2022, it filed an information on the public docket in this case, in anticipation of Mr. Lentz entering a plea of guilty in this matter. The parties will reach out to the assigned District judge to obtain a date for a change-of-plea hearing, but in the meantime, they ask that this status conference be vacated.

Undersigned counsel has consulted with counsel for Mr. Lentz regarding this motion. Counsel for Mr. Lentz has represented to undersigned counsel that the government may file this as a joint request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Erik M. Kenerson*
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
555 Fourth Street, N.W., Room 11-909
Washington, DC  20530
Erik.Kenerson@usdoj.gov
(202) 252-7201