# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-mj-206** |
| | : | |
| **NICHOLES LENTZ,** | : | |
| | : | |
| **Defendant.** | : | |

Based upon the representations in the Parties' Joint Motion to Vacate Status Conference, it is hereby

ORDERED that the status conference presently set for February 18, 2022, is VACATED. The parties shall contact the assigned District Court judge about the next court date.

_____
UNITED STATES MAGISTRATE JUDGE